THE STATE OF OHIO, APPELLANT, *v.* DAVIS, APPELLEE.

[Cite as *State v. Davis* (1998), 83 Ohio St.3d 433.]

(No. 98–993—Submitted September 15, 1998—Decided October 28, 1998.)

*Robert P. DeSanto,* Ashland County Prosecuting Attorney, and *John L. Good,* Assistant Prosecuting Attorney, for appellant.

*David H. Bodiker,* State Public Defender, and *Kevin Fahey,* Assistant Public Defender, for appellee.

The discretionary appeal is allowed.

The discretionary cross-appeal is denied.

The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.